In the Matter of New York State Labor Relations Board, Petitioner, against George B. Wheeler, Inc., Respondent. In the Matter of The People of the State of New York ex rel. New York State Labor Relations Board, Respondent, against George B. Wheeler, Inc., et al., Appellants.—

The statute provides that a person guilty of a criminal contempt shall be imprisoned " in the jail of the county where the court is sitting." (Judiciary Law, § 751; Cons. Laws, ch. 30.) Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ., concur. [177 Misc. 945.]

In the Matter of the City of New York, Respondent, Relative to Acquiring Title to Real Property Required for the Widening of Hamilton Avenue in the Borough of Brooklyn. Margaret Sullivan, as Administratrix of the Estate of Frederick J. Sullivan, Deceased, Appellant; Edward W. Sullivan et al., Respondents.—

The appellant claims an interest in the award by virtue of a mortgage upon the real property taken in a condemnation proceeding. The proof established that the mortgage was unsatisfied of record and that it was overdue for over twenty years. In these circumstances the law presumes that in the absence of other proof within that period to the contrary, the mortgage has been paid and such unsatisfied mortgage is not a cloud on the title to the real property. (Ouvrier v. Mahon, 117 App. Div. 749; Fisher v. Mayor, 67 N. Y. 73.) Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ., concur. [177 Misc. 1004.]